U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV 2 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TINA W. KERSHAW | : | DOCKET NO. CV 06-1300 |
| VS. | : | JUDGE MINALDI |
| LINDA S. MCMAHON, ACTING, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the Commissioner's decision be affirmed and this matter be DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of November, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE